# United States Court of Appeals
## For the First Circuit

---

No. 04-1656

UNITED STATES,

Appellee,

v.

LUIS MERCADO,

Defendant, Appellant.

---

ERRATA

The opinion of this court issued on June 16, 2005 is amended as follows:

On page 16, line 6, "incorrect" should be "correct."